**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| Ronald Capobianco,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>Sequium Asset Solutions, LLC  ; and DOES 1-10, inclusive,<br><br>　　　　　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:   Civil Action No.:  2:20-cv-01938-JS-ST<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: May 28, 2020

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF, Ronald Capobianco

　　　　　　　　　　　　　　　　　　　　　　　/s/ Sergei Lemberg

　　　　　　　　　　　　　　　　　　　　　　　Sergei Lemberg, Esq. (SL 6331)
　　　　　　　　　　　　　　　　　　　　　　　**LEMBERG LAW, L.L.C.**
　　　　　　　　　　　　　　　　　　　　　　　43 Danbury Road, 3rd Floor
　　　　　　　　　　　　　　　　　　　　　　　Wilton, CT 06897
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (203) 653-3424
　　　　　　　　　　　　　　　　　　　　　　　slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on May 28, 2020, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                              By /s/ Sergei Lemberg

                                                  Sergei Lemberg