**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Ronald Capobiano,<br><br>      Plaintiff,<br><br> v.<br><br>Sequium Asset Solutions, LLC and DOES 1-10, inclusive,<br><br>      Defendants. | Civil Action No.: 2:20-cv-01938-JS-ST |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
### PURSUANT TO RULE 41(a)

 Ronald Capobianco ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 28, 2020

Respectfully submitted,

             By /s/Sergei Lemberg
             Sergei Lemberg, Esq.
             Lemberg Law, LLC
             43 Danbury Road, 3rd Floor
             Wilton, CT 06897
             Telephone: (203) 653-2250
             Facsimile: (203) 653-3424
             Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 28, 2020, a true and correct copy of the foregoing Notice of Withdrawal of Complaint and Voluntary Dismissal of Action was served electronically by the U.S. District Court for the Eastern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By  /s/Sergei Lemberg
                                                  Sergei Lemberg